GAIL C. TRABISH, ESQ. (103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDA DAVIS, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION and DOES 1 to 30, inclusive, <br><br> Defendants. | Case No. 3:15-cv-04393 <br><br> **STIPULATION TO LIMIT DAMAGES AND ORDER TO REMAND TO STATE COURT** <br><br> Complaint Filed: August 21, 2015 <br> [Alameda Sup. Ct. No. RG15782820] |

Plaintiff VEDA DAVIS and her attorney, Andrew Wolff, Esq., agree as follows:

1. Plaintiff VEDA DAVIS agrees not to seek damages for, nor collect any judgment in excess of $74,999.99, exclusive of interest and costs, in this action.

2. The federal court no longer having jurisdiction of this claim, the parties agree that the matter be remanded to state court for all further proceedings.

3. Plaintiff's agreement to limit her claim for damages will be binding in the state court action after remand.

DATED:

_____
VEDA DAVIS
PLAINTIFF

-1-
STIPULATION TO LIMIT DAMAGES AND ORDER TO REMAND TO STATE COURT
CASE NO. 3:15-cv-04393

DATED: 9-29-15

LAW OFFICES OF ANDREW WOLFF

By: _____
ANDREW WOLFF, ESQ.
Attorney for Plaintiff
VEDA DAVIS

DATED: 10/2/15

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

## ORDER

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

1. The above-captioned matter is remanded to Alameda County Superior Court.

DATED: October 9, 2015

By: _____

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

27705\699859